IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**NANCY LORRAINE WILLS,**　　　　　　　　　　　　10-CV-166-BR

　　　　**Plaintiff,**　　　　　　　　　　　　　　　　　　JUDGMENT

v.

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security**
**Administration,**

　　　　**Defendant.**

**BROWN, Judge.**

　　　　Based on the Court's Opinion and Order (#21) issued April 22, 2011, the Court hereby **REMANDS** this matter to the above administrative agency for further administrative proceedings.

　　　　DATED this 26th day of April, 2011.

　　　　　　　　　　　　　　　　　　　　/s/ Anna J. Brown
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ANNA J. BROWN
　　　　　　　　　　　　　　　　　　　　United States District Judge

1 - JUDGMENT OF REMAND